## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This Motion has been prepared in Times New Roman font, 14 point.

                                               By:   /s/ Jamillah Goza
                                               Jamillah Goza
                                               Georgia Bar No. 455213
                                               Attorney for Plaintiffs

3775 Stagecoach Pass
Ellenwood, Georgia 30294
770-203-8513
Fax: 678-884-6437
jamillahgoza@yahoo.coM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA SCOTT AND ISRAEL SCOTT (for themselves and as a representative of their minor child), Plaintiffs, vs. SAFECO INSURANCE COMPANY OF INDIANA, A LIBERTY MUTUAL COMPANY Defendant. | CIVIL ACTION FILE NO.: 1:19-cv-04330-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on this 6th day of December 2019 I sent electronically the foregoing **PLAINTIFFS INITIAL DISCLOSURES to the email address registered** with the Clerk of Court and the CM/ECF system, to the following:

Isenberg Hewitt, P.C.
Hilary W. Hunter, Esq.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
hilary@isenberg-hewitt.com

Isenberg Hewitt, P.C.
Brent J. Kaplan, Esq.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
bjkaplan@isenberg-hewitt.com

**LAW OFFICE OF J. SCOTT GOZA, LLC**

By:   /s/ Jamillah Goza
Jamillah Goza
Georgia Bar No. 455213
Attorney for Plaintiffs

3775 Stagecoach Pass
Ellenwood, Georgia 30294
770-203-8513
Fax: 678-884-6437
jamillahgoza@yahoo.com