IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA SCOTT AND ISRAEL SCOTT (for themselves and as a representative of their minor child),<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA, A LIBERTY MUTUAL COMPANY, AND SHILAN PARHAM<br><br>Defendants. | Civil Action File No.<br>1:19-CV-04330-LMM |

## APPEARANCE OF COUNSEL

COMES NOW Matthew J. Hurst, *Esq.* the undersigned attorney, and hereby enters an appearance as co-counsel with Marcia S. Freeman, Esq., on behalf of Shilan Parham in the above-styled civil action, substituting for Shauna M. Hill, *Esq.* The clerk is hereby requested to so mark the record to reflect same. All future correspondence and pleadings should be directed to the following:

    Marcia S. Freeman
    Georgia Bar No. 430923
    Matthew J. Hurst
    Georgia Bar No. 480267
    WALDON ADELMAN CASTILLA
    HIESTAND & PROUT
    900 Circle 75 Parkway, Suite 1040
    Atlanta, GA 30339

(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com

This 05th day of May, 2020.

/s/ Matthew J. Hurst
Marcia S. Freeman
Georgia Bar No. 430923
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Defendant
WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing document has been prepared in Times New Roman font, 14 point.

/s/ Matthew J. Hurst
Marcia S. Freeman
Georgia Bar No. 430923
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Defendant
WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCIA SCOTT AND ISRAEL SCOTT (for themselves and as a representative of their minor child),<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA, A LIBERTY MUTUAL COMPANY, AND SHILAN PARHAM<br><br>Defendants. | Civil Action File No.<br>1:19-CV-04330-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the forgoing **APPEARANCE OF COUNSEL** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Jamillah Goza, Esq.
The Law Office of J. Scott Goza, LLC
3775 Stagecoach Pass
Ellenwood, GA  30294
*jamillahgoza@yahoo.com*

Hilary Wayne Hunter, Esq.
Brent J. Kaplan, Esq.
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, GA  30328
*hilary@isenberg-hewitt.com*
*bjkaplan@isenberg-hewitt.com*

(SIGNATURE ON FOLLOWING PAGE)

This 05th day of May, 2020.

                                                        /s/ Matthew J. Hurst
Marcia S. Freeman
Georgia Bar No. 430923
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Defendant
WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com