IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARCIA SCOTT, et al.,

    Plaintiffs,

v.                                     CIVIL ACTION NO.
                                        1:19-CV-130-LMM

SAFECO INSURANCE COMPANY OF
INDIANA, A LIBERTY MUTUAL
COMPANY, et al.,

    Defendants.

## **ORDER**

Upon motion and consideration thereof, this Court GRANTS Defendant's [71] and [72] Motions for Leave of Absence for the period of September 2 – September 11, 2020, November 25, 2020 – November 27, 2020 and December 21, 2020 – January 1, 2021

**IT IS SO ORDERED** this 13th day of May, 2020.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE