# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA SCOTT AND ISRAEL SCOTT (for themselves and as a representative of their minor child), )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SAFECO INSURANCE COMPANY OF INDIANA, A LIBERTY MUTUAL COMPANY, AND SHILAN PARHAM )<br>)<br>)<br>)<br>Defendants. ) | Civil Action File No.<br>1:19-CV-04330-LMM |

## DEFENDANT SHILAN PARHAM'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLANT AND DEMAND FOR JURY TRIAL [Doc. 87]

Defendant Shilan Parham, by and through counsel of record, files this her Answer to Plaintiffs' First Amended Complaint [Doc. 87] and shows as follows:

### FIRST DEFENSE

Plaintiffs' First Amended Complaint is barred, in whole or in substantial part, based upon the Court's June 24, 2020 Order [Doc. 82] dismissing all claims brought by plaintiffs Marcia and Israel Scott's against Shilan Parham, including their claims for medical expenses on behalf of their minor child.

### SECOND DEFENSE

Responding to the specific allegations of the numbered paragraphs of

plaintiffs' Complaint, defendant responds as follows:

1.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

2.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

3.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

4.

Defendant admits to a breach of the applicable standard of care. Defendant denies the remaining allegations contained within this paragraph of plaintiff's Complaint.

5.

Defendant admits the allegations contained within this paragraph of plaintiff's Complaint.

6.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

7.

Defendant adopts, and incorporates by reference, all preceding paragraphs.

8.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

9.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

10.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

11.

Defendant adopts, and incorporates by reference, all preceding paragraphs.

12.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

13.

Defendant is without knowledge sufficient to admit or deny the allegations contained within this paragraph of plaintiff's Complaint.

14.

Defendant adopts, and incorporates by reference, all preceding paragraphs.

15.

Defendant admits to a breach of the applicable standard of care. Defendant denies the remaining allegations contained within this paragraph of plaintiff's Complaint.

16.

Defendant admits to a breach of the applicable standard of care. Defendant denies the remaining allegations contained within this paragraph of plaintiff's Complaint.

17.

Defendant denies the allegations contained within this paragraph of plaintiff's Complaint.

18.

Defendant admits to a breach of the applicable standard of care. Defendant denies the remaining allegations contained within this paragraph of plaintiff's Complaint.

Any allegation, language or paragraph of plaintiffs' Complaint not heretofore responded to is specifically denied by defendant Shilan Parham.

WHEREFORE, having fully answered plaintiffs' Complaint, defendant prays:

a) that plaintiffs' Complaint be dismissed;

b)   that defendant have judgment in her favor;

c)   that defendant have a trial by jury of twelve persons; and

d)   that defendant have all other proper relief.

This 29th day of July, 2020.

                                         /s/ Matthew Hurst
                                         Marcia S. Freeman
                                         Georgia Bar No. 430923
                                         Matthew J. Hurst
                                         Georgia Bar No. 480267
                                         Attorneys for Defendant
                                         WALDON ADELMAN CASTILLA
                                         HIESTAND & PROUT

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing document has been prepared in Times New Roman font, 14 point.

    /s/ Matthew Hurst
Marcia S. Freeman
Georgia Bar No. 430923
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Defendant
WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCIA SCOTT AND ISRAEL SCOTT (for themselves and as a representative of their minor child),<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA, A LIBERTY MUTUAL COMPANY, AND SHILAN PARHAM<br><br>    Defendants. | Civil Action File No.<br>1:19-CV-04330-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the forgoing

**DEFENDANT SHILAN PARHAM'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLANT AND DEMAND FOR JURY TRIAL [Doc. 87]**

using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| Jamillah Goza, Esq.<br>The Law Office of J. Scott Goza, LLC<br>3775 Stagecoach Pass<br>Ellenwood, GA  30294<br>jamillahgoza@yahoo.com | Hilary Wayne Hunter, Esq.<br>Brent J. Kaplan, Esq.<br>Isenberg & Hewitt, P.C.<br>600 Embassy Row, Suite 150<br>Atlanta, GA  30328<br>hilary@isenberg-hewitt.com<br>bjkaplan@isenberg-hewitt.com |

This 29th day of July, 2020.

/s/ Matthew Hurst
Marcia S. Freeman
Georgia Bar No. 430923
Matthew J. Hurst
Georgia Bar No. 480267
Attorneys for Defendant
WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
mfreeman@wachp.com
mhurst@wachp.com